**MEMO ENDORSED**



**MORRIS DUFFY ALONSO FALEY & PITCOFF**

101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/07/2025

June 18, 2025

**In light of the extension of the discovery deadline, Defts' assented-to request to adjourn the Nov. 6, 2025 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned to Jan. 7, 2026 at 10:00 am. The parties are directed to ECF No. 22 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 33.**
**Dated: White Plains, NY**
**August 7, 2025**

**VIA ECF**
Judge Nelson S. Román
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

RE: **YAGEL v. TOWN OF HAVERSTRAW, et al.**
Case No.: 24-cv-2030
Our File No.: (TRV) 76084

Dear Judge Román:

My office represents the defendants Town of Haverstraw and Town of Haverstraw Supervisor, Howard T. Phillips, Jr., in the above-referenced matter. I write with the consent of the plaintiff's counsel and pursuant to the directive of Magistrate Judge Victoria Reznik. (See Docket #31) to request an adjournment of the case management conference presently scheduled for November 6, 2025.

According to the initial Civil Case Discovery Plan and Scheduling Order signed by Your Honor on or about April 11, 2025 (see Docket #22), the discovery deadline was set for October 6, 2025 and a case management conference was scheduled for November 6, 2025. On June 13, 2025, the parties filed a letter motion requesting an extension of the discovery deadlines. On June 16, 2025, the letter motion was granted by Magistrate Judge Reznik. Pursuant to the Amended Civil Case Discovery Plan and Scheduling Order, the discovery deadline is now December 5, 2025. As such, the parties request that the conference scheduled for November 6, 2025 be adjourned until after the current discovery deadline.

This is the parties' first request for an adjournment of the case management conference.

Thank you for your consideration of this matter.

Respectfully submitted,

*Rebecca J. Rosedale*
REBECCA J. ROSEDALE

Cc: All Counsel of Record via ECF