MEMO ENDORSED



101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2025
```

September 7, 2025

**In light of the extension of the discovery deadlines, the parties' request to adjourn the Jan. 7, 2026 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned to May 28, 2026 at 10:00 am. The parties are directed to ECF No. 22 for dial-in instructions. Clerk of Court is requested to terminate the motions at ECF Nos. 39 and 44.**
**Dated: White Plains, NY**
       **October 6, 2025**

**VIA ECF**
Judge Nelson S. Román
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

RE:    **YAGEL v. TOWN OF HAVERSTRAW, et al.**
        Case No.:    24-cv-2030
        Our File No.:  (TRV) 76084

Dear Judge Román:

    My office represents the defendants Town of Haverstraw and Town of Haverstraw Supervisor, Howard T. Phillips, Jr., in the above-referenced matter. I write with the consent of the plaintiff's counsel and pursuant to the directive of Magistrate Judge Victoria Reznik. (See Docket #42) to request an adjournment of the case management conference presently scheduled for January 7, 2026.

    According to the initial Civil Case Discovery Plan and Scheduling Order signed by Your Honor on or about April 11, 2025 (see Docket #22), the discovery deadline was set for October 6, 2025 and a case management conference was scheduled for November 6, 2025. On June 16, 2025, Magistrate Judge Reznik granted the parties' joint request for an extension of the discovery deadlines. The discovery deadline was pushed to December 5, 2025. Based on the same, Your Honor granted the parties' request and adjourned the conference scheduled for November 5, 2025 to January 7, 2026.

    On September 1, 2025, the parties filed a letter motion requesting a third[1] extension of the

---

[1] A second extension was granted by Judge Reznik on August 4, 2025, pursuant to which the discovery deadline was pushed to February 20, 2026. (See Docket # 36). A letter motion to adjourn the Case Management Conference to a

discovery deadlines. On September 2, 2025, the letter motion was granted by Magistrate Judge Reznik. Pursuant to the Amended Civil Case Discovery Plan and Scheduling Order, the discovery deadline is now April 30, 2026. As such, the parties request that the conference scheduled for January 7, 2026 be adjourned until after the current discovery deadline.

       This is the parties' third request for an adjournment of the case management conference.

       Thank you for your consideration of this matter.

Respectfully submitted,<br>
*Rebecca J. Rosedale*<br>
REBECCA J. ROSEDALE

Cc: All Counsel of Record via ECF

---

date after February 20, 2026 was filed on August 11, 2025. (See Docket #33).